UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-171 |
| v. | * | SECTION: "N" |
| JADALLAH SAED | * | |

* * *

## FACTUAL BASIS

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

In September of 2015, defendants, ANWAR ABDELMAJID-AHMAD (ABDELMAJID) and JADALLAH SAED (SAED), employees of the Louisa Xpress in New Orleans, Louisiana, began purchasing contraband tobacco products from a Federal Bureau of Investigation (FBI) confidential source (CS). ABDELMAJID and SAED were told by the CS that the tobacco was stolen and not taxed. Additionally, the purchased cigarettes did not contain the required State of Louisiana tax stamp evidencing the payment of applicable taxes.

On September 8, 2015, ABDELMAJID and SAED purchased 170 cases of Natural Goodies cigars from the CS for $40,100 in cash. On October 16, 2015, ABDELMAJID and SAED purchased 350 cases of Natural Goodies cigars and 30 cases of Marlboro cigarettes in exchange for $79,955 in cash and a check for $23,150. That day, the purchased tobacco was unexpectedly seized by a New Orleans Police Officer after being transported to another store.

In November 2015, SAED met with the CS to discuss the purchase of additional tobacco products. SAED indicated during this conversation that he wanted to move the contraband tobacco across state lines and that he had police officers that could provide protection for the

shipments. Later, ABDELMAJID and the CS also discussed the use of police officers to protect future deliveries.

On December 6, 2015, the CS was told by ABDELMAJID that the next delivery of tobacco products would be transported to Houston, Texas. On December 9, 2015, the CS met ABDELMAJID at the Louisa Xpress. ABDELMAJID purchased 150 cases of Swisher Sweets cigars in exchange for $22,250 in cash. New Orleans Police Officer JOSHUA CARTHON (CARTHON) was present. CARTHON was asked to drive the tobacco to Houston. He agreed although he had previously been told that that the tobacco was not taxed. The delivery to Houston ultimately did not happen. However, CARTHON was paid $400 to protect the tobacco while it was being unloaded into a storage facility.

On December 11, 2015, the CS delivered 100 cases of Game Silver cigars to ABDELMAJID and SAED at the Louisa Xpress. In return, the CS received $15,000 in cash. CARTHON, who was present, was also paid $400 to ensure that the contraband tobacco was protected.

On January 14 through 15, 2016, a delivery of tobacco products purchased by ABDELMAJID and SAED was delivered to ATALLA ATALLA (ATALLA) in Wilmington, North Carolina. New Orleans Police Officers JUSTIN BROWN (BROWN) and CARTHON drove the U-Haul truck containing 5760 cartons of Marlboro cigarettes and 5000 cartons of Seneca cigarettes to North Carolina. An additional 30 cases of Swisher Sweets cigars remained in New Orleans. Prior to leaving New Orleans, BROWN requested that the contraband tobacco be covered with beauty supplies to avoid detection by other law enforcement. BROWN and CARTHON were paid $4000 each for the delivery and protection of the contraband products. ABDELMAJID

drove in a separate vehicle and SAED and the CS flew on airplanes and met the others in Wilmington.

At approximately 2:30 a.m. on January 15, 2016, BROWN, CARTHON and ABDELMAJID arrived at a Best Western Hotel. BROWN, CARTHON and the CS waited in a hotel room while ABDELMAJID, SAED and ATALLA delivered and unloaded the contraband tobacco into a garage at ATALLA's house in Wilmington. ATALLA decided that he did not want the Seneca cigarettes because they were marked "duty free, not for sale in USA." As a result, it was agreed upon that BROWN and CARTHON would return the Seneca cigarettes to New Orleans in the U-Haul truck, and that BROWN and CARTHON would be paid an additional $2000.00 each for the unexpected trip back and further risk of law enforcement detection. The CS was paid a total of $120,000 in cash for the tobacco.

On February 19, 2016, ABDELMAJID, SAED, BROWN and the CS met to discuss the next delivery of contraband tobacco to Wilmington, North Carolina. BROWN indicated that he was concerned about driving again, but that he had another police officer that was willing to participate. On February 20, 2016, the CS was introduced to Orleans Parish Deputy Sheriff GARRETT PARTMAN (PARTMAN), who agreed to transport the contraband tobacco to North Carolina. The CS explained to PARTMAN that the tobacco was not taxed, and PARTMAN said, "Whatever it is, I'm down."

The delivery took place from March 16 through March 17, 2016. Before leaving New Orleans, the CS again told PARTMAN that the tobacco was not taxed and that the government considered it to be stolen merchandise. Nonetheless, the delivery of 2430 cartons of Marlboro cigarettes was driven by CARTHON and PARTMAN in a U-Haul truck. BROWN and ABDELMAJID followed the truck in a separate vehicle. BROWN was paid $2500 and

CARTHON and PARTMAN were paid $2000 for the trip and protection of the contraband tobacco.

When they arrived in Wilmington, BROWN, CARTHON and PARTMAN waited at a gas station. ABDELMAJID took the U-Haul to ATALLA's house where the tobacco was unloaded. An additional 160 cases of Swisher Sweets and 100 cases of Natural Goodies cigars remained in New Orleans. The CS was paid a total of $70,000 in cash for the tobacco.

In June of 2016, SAED began talking to a Homeland Security Investigations (HSI) undercover agent (UC), who ABDELMAJID and SAED believed was the CS's source of supply for the stolen tobacco. The UC agreed to make another delivery to North Carolina for ABDELMAJID and SAED on July 12, 2016. A second UC (UC2) transported 2700 cartons of Marlboro cigarettes in an 18-wheeler truck. When UC2 arrived in Wilmington, he was met by ABDELMAJID at a convenience store owned by ATALLA. ABDELMAJID paid UC2 $61,800 in cash and delivered the tobacco to ATALLA's house.

On July 20, 2016, UC2 delivered 300 cases of Swisher Sweets cigars to Baton Rouge at the request of SAED. When UC2 arrived, ABDELMAJID was present and paid UC2 $44,225 in cash and $1776 in money orders.

In September 2016, SAED contacted the UC and requested that another delivery of 2700 cartons of Marlboro cigarettes be transported to North Carolina. On September 14, 2016, the UC2 delivered the cigarettes to ATALLA. ATALLA paid UC2 $108,000 in cash. ATALLA asked UC2 if UC2 would be willing to transport other contraband in the 18-wheeler truck. Additionally, a separate delivery of 300 cases of cigars were delivered to Baton Rouge for SAED.

As a result of the contraband tobacco trafficking, the loss of taxes to the State of Louisiana is $164,954.00 and to the United States is $291,657.04.

READ AND APPROVED:

_____  	_____6/28/17_____
JADALLAH SAED                    	Date
Defendant

_____  	_____6/28/17_____
DAVIDSON S. EHLE, III            	Date
Defense Counsel

_____  	_____6/28/17_____
TRACEY N. KNIGHT                 	Date
IRENE GONZÁLEZ
Assistant United States Attorneys